**SUPREME COURT OF PENNSYLVANIA**
**COMMITTEE ON RULES OF EVIDENCE**

**FINAL REPORT[1]**

**Amendment of Pa.R.E. 803(6), (8), (10) with Revision of the**
**Comment to Pa.R.E. 802, 803(7), 803(9), and Adoption of Pa.R.E. 902(13)**

On November 9, 2016, effective January 1, 2017, upon recommendation of the Committee on Rules of Evidence, the Court ordered the amendment of Pa.R.E. 803(6), (8), (10), together with the revision of the Comment to Pa.R.E. 802, 803(7), 803(9) and adoption of Pa.R.E. 902(13). As more fully set forth in the publication report at 45 Pa.B. 6472 (November 7, 2015), the Committee recommended these changes to specify the burden shift to the opponent to show a lack of trustworthiness in Rule 803(6), to codify statutory requirements regarding the proof of public records and the absence thereof in Rules 803(8) and 803(10), respectively, and to provide for the authentication of a certificate of the non-existence of a public record in Rule 902. These changes necessitated corollary revisions to the Comment to Rule 802, Rule 803(7), and Rule 803(9).

---

[1]     The Committee's Final Report should not be confused with the official Committee Comments to the rules. Also note that the Supreme Court does not adopt the Committee's Comments or the contents of the Committee's explanatory Final Reports.